52 A.3d 1213

**Kareem BARNES, Petitioner**

v.

**COM. of Pa. for PHILADELPHIA COUNTY, Respondent.**

**No. 105 EM 2012.**

Supreme Court of Pennsylvania.

Sept. 11, 2012.

**ORDER**

PER CURIAM.

**AND NOW,** this 11th day of September, 2012, the Petition for Writ of Mandamus is **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). Our Prothonotary is directed to forward the filing to counsel of record.